**Order entered January 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01060-CR

**STEFON JOE BRANTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-57441-L**

## ORDER

Appellant's December 30, 2013 motion to unseal the entire record of the motion for new trial is **DENIED** without prejudice to appellant raising in his brief issues regarding the trial court's determination to seal a portion of the record.

/s/ LANA MYERS
   JUSTICE